**FILED**

03/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0520

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE THE MARRIAGE OF SCOTT A. ST. CLAIR, <br><br> Petitioner/Appellee, <br><br> vs. <br><br> CLARICE J. ST. CLAIR, <br><br> Respondent/Appellant. | Appellant Cause No. DA 21-0520 <br><br><br> District Court Cause No. ADR 2007-62 |

## ORDER GRANTING MOTION FOR 30-DAY EXTENSION

On Appeal from the Montana First Judicial District Court, Lewis and Clark County, the Honorable Mike Menahan, Presiding

**APPEARANCES:**

Michelle H. Vanisko
HINSHAW & VANISKO, PLLC
1 N. Last Chance Gulch, Ste. 1
Helena, Montana 59601
(406) 442-1925 (Voice)
(406) 442-1922 (Facsimile)


Attorneys for Petitioner/Appellee
Scott A. St. Clair

David B. Gallik
Gallik Law Office, PLLC
1124 Billings Avenue
Helena, MT 59601
(406) 443-0009 (Voice)
(406) 443-0609 (Facsimile)


Attorneys for Respondent/Appellant
Clarice J. St. Clair

Pursuant to the authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until April 1, 2022, to prepare, file, and serve the Appellee's Response Brief.

Dated: _____, 2022.

_____
Bowen Greenwood
Clerk of the Supreme Court

cc.   Michelle H. Vanisko, David B. Gallik